IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

    Plaintiff,

v.

PEOPLESOFT, INC,

    Defendant
                                       /

No. C-04-3836 MMC

**ORDER REQUIRING PARTIES TO COMPLY WITH STANDING ORDERS; NOTICE TO PARTIES**

    The Court's review of the docket indicates the following: (1) on April 8, 2005, plaintiff electronically filed a First Amended Complaint ("FAC"); (2) on April 25, 2005, defendant electronically filed a motion to dismiss the FAC, and a memorandum in support thereof; (3) on April 28, 2005, plaintiff electronically filed an opposition to defendant's motion to dismiss; (4) on April 29, 2005, plaintiff electronically filed a second opposition to defendant's motion to dismiss;[1] and (5) on April 29, 2005, plaintiff electronically filed a "Motion to Terminate the ENE Program."

    Both the Court's Standing Orders and General Order No. 45, Section VI.G., require that in all cases subject to ECF, the parties, in addition to filing documents electronically, are required to provide for use in chambers a paper copy of each document that is

---

[1] Although not denominated as such, it appears that the opposition plaintiff electronically filed on April 29, 2005 is an amended opposition.

electronically filed, and to provide such paper copy no later than noon on the business day following the day the document is filed electronically.  As of today's date, the Court has not received a chambers copy of any of the above-described filings, the most recent of which was electronically filed last week.  Accordingly, both plaintiff and defendant are in violation of both the Court's Standing Orders and General Order No. 45.

The parties are hereby ORDERED to provide chambers copies of each of the above-cited documents no later than May 6, 2005.  Each of said copies shall be clearly stamped "Chambers Copy."

The parties are hereby advised that, in the future, the Court will impose sanctions for further violations of the Court's Standing Orders and General Order No. 45, including the striking of documents that are electronically filed and for which the filing party has failed to provide a chambers copy.

**IT IS SO ORDERED.**

Dated:  May 4, 2005                     /s/ Maxine M. Chesney
                                        MAXINE M. CHESNEY
                                        United States District Judge