IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C-04-3836 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION TO TERMINATE REFERENCE TO EARLY NEUTRAL EVALUATION** |
| v. | |
| PEOPLESOFT, INC, | |
| Defendant / | |

    The Court is in receipt of a paper copy of plaintiff's e-filed motion to terminate the reference to Early Neutral Evaluation ("ENE"), and, in particular, to relieve the parties of their obligation to appear at an ENE session scheduled for May 6, 2005.  The paper copy, however, was delivered to the Court on May 6, 2005, the date of the scheduled session.

    Accordingly, the motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 9, 2005

                                          /s/ Maxine M. Chesney
                                          MAXINE M. CHESNEY
                                          United States District Judge