IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C 04-3836 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT REQUEST FOR REINSTATEMENT OF ADR PROCESS** |
| v. | |
| PEOPLESOFT, INC., | |
| Defendant. | |

Before the Court is defendant Peoplesoft, Inc.'s ("Peoplesoft") request, filed May 10, 2005, by which Peoplesoft seeks an order reinstating ADR or, alternatively, an order scheduling a case management conference to address the question of such reinstatement.

The Court, however, has never set aside its order of February 4, 2005, referring the case for Early Neutral Evaluation as part of the Northern District's ADR Multi-Option Program.

Accordingly, the request is hereby DENIED as moot and the parties are hereby INSTRUCTED to jointly confer with the ADR Coordinator with respect to the timing of ENE and/or advisability of a reference to one of the Court's other ADR programs.

**IT IS SO ORDERED.**

Dated: May 17, 2005
/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge