IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C 04-3836 MMC |
|     Plaintiff, | **ORDER VACATING REFERRAL TO ENE; REFERRING CASE FOR SETTLEMENT CONFERENCE** |
|   v. | |
| PEOPLESOFT, INC., | |
|     Defendant. | |

The parties having participated in an ADR Phone Conference in the above-titled matter, and it appearing that a revised reference is appropriate, the reference to ENE is hereby VACATED and the case is REFERRED to Magistrate Judge Edward Chen for purposes of his conducting an Early Settlement Conference.

The parties will be advised of the date, time and place of the conference by notice from Magistrate Judge Chen.

**IT IS SO ORDERED.**

Dated: June 9, 2005             /s/ Maxine M. Chesney
                                                       MAXINE M. CHESNEY
                                                       United States District Judge