**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C-04-3836 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; VACATING HEARING** |
| v. | |
| PEOPLESOFT, INC, | |
| Defendant | / |

Before the Court is plaintiff nSight, Inc.'s motion for leave to file a Third Amended Complaint ("TAC"), pursuant to Rule 15 of the Federal Rules of Civil Procedure.  Defendant PeopleSoft, Inc. has filed a statement of non-opposition.

In light of defendant's non-opposition, and good cause appearing, plaintiff's motion is hereby GRANTED.[1]  The Clerk shall file the proposed TAC.[2]

**IT IS SO ORDERED.**

Dated:  August 29, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1]The hearing scheduled for September 16, 2005 is hereby VACATED.

[2]The proposed TAC is electronically attached as an exhibit to the motion.