UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff,

    v.

PEOPLESOFT, INC.,

        Defendant.
_____/

No. C-04-3836 MMC (EMC)

**ORDER RE FURTHER SETTLEMENT CONFERENCE**

A Further Settlement Conference will be held on November 18, 2005 at 1:00 p.m. The parties shall lodge supplemental statements by hard copy with the Court by November 14, 2005. Prior to the Further Settlement Conference, the parties shall engage in limited discovery focusing on material facts pertaining to the Interstate Battery and IMI Cornelius transactions as well as the facts pertaining to Plaintiff's tying claim. The parties should attempt in particular to obtain the deposition testimony of David Womeldorf.

    IT IS SO ORDERED.

Dated: September 22, 2005

                                              EDWARD M. CHEN
                                              United States Magistrate Judge