1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  DORIAN DALEY (Bar No. 129049)
   JEFFREY S. ROSS (Bar No. 138172)
6  ORACLE USA, INC.
   500 Oracle Parkway, 7th Floor
7  Redwood Shores, California 94065
   Telephone:  (650) 506-5200
8  Facsimile:  (650) 506-7114

9  Attorneys for Oracle USA, Inc.

10                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION

12 | NSIGHT, INC.,                          | Case No.: 04-3836 MMC
13 |                  Plaintiff              |
14 |        v.                               | **STIPULATION FOR CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE; [PROPOSED] ORDER**
15 | PEOPLESOFT, INC.,                       |
16 |                  Defendant.             |

19                          **STIPULATION**

20         The parties hereto, through their respective counsel of record, hereby stipulate that the

21 Further Settlement Conference in the above-entitled matter currently scheduled for December 1, 2005

22 may be continued to January 27, 2006, at a time set by the Court, in order that they may conduct

23 discovery in accordance with the Court's Order re Further Settlement Conference dated September 22,

24 2005.

25 Dated: November 30, 2005

26                                                          S/Naren Chaganti
                                                           NAREN CHAGANTI
27                                                           Attorney for
                                                             nSight, Inc.
28

                                    1

Stipulation for Continuance of Further Settlement Conference; [Proposed] Order

| | |
|---|---|
| DATED: November 30, 2005 | ROBERT T. SULLWOLD<br>JAMES A. HUGHES<br>SULLWOLD & HUGHES |

/S/
ROBERT T. SULLWOLD
Attorneys for
Oracle USA, Inc.

OF COUNSEL:

DORIAN DALEY
JEFFREY S. ROSS

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS ORDERED that the Further Settlement Conference in this action be continued from December 1, 2005 to January 27, 2006 at 9:30 a.m. Further Settlement Conference statements shall be lodged with Judge Chen's chambers by hard copy by January 20, 2006.

Dated: November 30, 2005

_____
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Stipulation for Continuance of Further Settlement Conference; [Proposed] Order