**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff,

   v.

PEOPLESOFT, INC.,

        Defendant
                           /

No. C 04-3836 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION TO COMPEL**

     Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to Compel Further Responses to Discovery Requests and for Other Relief, filed December 30, 2005, defendant's Motion to Compel Responses to Requests for Documents and Interrogatories, Production of Documents, and Attendance at Deposition, filed December 30, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

     The hearing date of February 3, 2006 before the undersigned is VACATED.

     **IT IS SO ORDERED**.

Dated:  January 3, 2006

_____
MAXINE M. CHESNEY
United States District Judge