United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

    Plaintiff(s),

  vs.

PEOPLESOFT, INC.,

    Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER PERMITTING PARTIES TO MEET AND CONFER BY TELEPHONE**

    On January 17, 2006, the undersigned conducted a telephonic discovery conference regarding the parties' inability to meet and confer in person. Pursuant to discussions at the conference, the Court hereby GRANTS Defendant's request to meet and confer by telephone. However, should it become apparent that the parties are not honoring the spirit of the meet and confer requirement, the Court shall order them to meet and confer in person.

    **IT IS SO ORDERED.**

Dated: January 17, 2006

    MARIA-ELENA JAMES
    United States Magistrate Judge