IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff(s),

vs.

PEOPLESOFT, INC.,

        Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER FOR PARTIES TO FILE JOINT DISCOVERY DISPUTE LETTER(S)**

        The Court is in receipt of a meet and confer letter submitted by Oracle USA, Inc. ("Oracle"), as successor to defendant Peoplesoft, Inc., filed February 10, 2006. In its letter, Oracle states that plaintiff nSight, Inc. has refused to participate in the preparation of a joint meet and confer letter, as required by this Court's standing order. Given that the Court previously permitted the parties to meet and confer by telephone rather than in person as required by the standing order, the Court finds the inability to file joint letters troubling. Accordingly, the Court hereby ORDERS the parties to appear for a meet and confer session in the undersigned's chambers on February 21, 2006 at 9:30 a.m., in the Federal Building, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

        At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order and said letter shall be presented by the parties for filing at the conclusion of

the session.  Thus, the parties are ORDERED to bring with them one laptop and diskette(s) to use in drafting said letter.  The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to file joint letters on the pending disputes prior to February 21, they need not appear for the meet and confer session.  The parties are reminded that they need not file one letter for all disputes; rather, each dispute may be presented in a separate letter.  Further, if disputes such as this arise in the future, the Court will re-instate the in-person meet and confer requirement.

**IT IS SO ORDERED.**

Dated: February 13, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2