IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff(s),

  vs.

PEOPLESOFT, INC.,

        Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER TO SHOW CAUSE**

On January 17, 2006, the Court conducted a telephonic conference regarding the parties' inability to meet and confer in person for purposes of resolving discovery disputes. At the parties' request, the Court permitted counsel to confer via telephone. However, on February 10, Defendant filed a letter stating that Plaintiff's counsel, Naren Chaganti, had refused to participate in the preparation of a joint meet and confer letter. Therefore, on February 13, the Court ordered the parties to appear for a meet and confer session in the undersigned's chambers. Although Defendant's counsel appeared, Mr. Chaganti did not. As Mr. Chaganti has now failed to comply with two of this Court's orders, the Court finds that sanctions may be appropriate.

Accordingly, the Court ORDERS Plaintiff's counsel, Naren Chaganti, to show cause why sanctions should not be imposed for failure to comply with this Court's January 17 and February 13, 2006 Orders. Mr. Chaganti shall file a declaration by March 9, 2006. Defendant may file a reply by March 16, 2006, and a hearing on the issue of sanctions will be heard on March 30, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 21, 2006

MARIA-ELENA JAMES
United States Magistrate Judge