IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C-04-3836 MMC |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| PEOPLESOFT, INC, | |
|     Defendant                   / | |

     Before the Court is plaintiff nSight, Inc.'s request that its counsel, in light of a scheduling conflict, appear by telephone at the case management conference currently scheduled for March 3, 2006.

     Because plaintiff's counsel is unable to appear in person on March 3, 2006, the Court hereby CONTINUES the case management conference to March 10, 2006, at 10:30 a.m. No further case management statement is required.

     **IT IS SO ORDERED.**

Dated: March 1, 2006

                           MAXINE M. CHESNEY
                           United States District Judge