IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

         Plaintiff(s),

  vs.

PEOPLESOFT, INC.,

         Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER RE-CALENDARING MOTION TO COMPEL**

On February 28, 2006, plaintiff nSight, Inc. filed a Motion to Compel Compliance with Non-Party Subpoena Duces Tecum. The Court denied nSight's motion and ordered the parties to the discovery dispute to meet and confer. The Court is now in receipt of nSight's letter, filed March 3, 2006, stating that non-party Forrester Research, Inc. refuses to meet and confer. As it appears that the Court may not have jurisdiction over this dispute, the Court hereby VACATES the meet and confer requirement and shall consider nSight's motion. Pursuant to Civil Local Rule 7, Forrester shall file any opposition by March 23, 2006, nSight shall file a reply by March 30, 2006, and the Court shall conduct a hearing on April 13, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. **nSight shall serve this Order on Forrester by March 8, 2006.**

    **IT IS SO ORDERED.**

Dated: March 6, 2006

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge