IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff(s),

  vs.

PEOPLESOFT, INC.,

        Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER FOR PLAINTIFF TO SUBMIT CHAMBERS COPIES OF FILED DOCUMENTS**

     Pursuant to General Order Number 45 for the Northern District of California, as well as the undersigned's standing order, all parties are required to lodge with chambers a paper copy of each document filed electronically no later than noon of the next business day. To this date, plaintiff nSight, Inc. has failed to comply with this requirement. Accordingly, the Court reminds nSight that it must provide the undersigned's chambers with a paper copy of all future documents filed related to discovery disputes by the next business day. As nSight's Motion to Compel, filed February 28, 2006, is currently pending, it shall provide a chambers copy of said motion, including all exhibits and related documents, by March 10, 2006. **Failure to comply with this Order may result in the imposition of sanctions.**

     **IT IS SO ORDERED.**

Dated: March 6, 2006

                                           MARIA-ELENA JAMES
                                           United States Magistrate Judge