IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

    Plaintiff(s),

vs.

PEOPLESOFT, INC.,

    Defendant(s).

No. C 04-3836 MMC (MEJ)

**ORDER DEFERING DECISION RE: ORDER TO SHOW CAUSE**

**ORDER FOR PARTIES TO APPEAR FOR MEET AND CONFER SESSION**

On February 21, 2006, the Court ordered Plaintiff's counsel, Naren Chaganti, to show cause why sanctions should not be imposed for failure to comply with this Court's January 17 and February 13, 2006 Orders. Having reviewed the parties' filings in response to the show cause order, the Court finds a hearing on the matter unnecessary at this time and hereby VACATES the March 30, 2006 hearing. However, as the underlying discovery disputes that resulted in the order still remain pending, the Court shall defer ruling on whether sanctions should be imposed. So as to expedite the resolution of the pending disputes, the Court ORDERS the parties to appear **in person** for a meet and confer session on March 30, 2006 at 9:30 a.m. in the undersigned's chambers, located in the Federal Building, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

At the meet and confer session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this

1  Court's standing order and said letter shall be presented by the parties for filing at the conclusion of
2  the session.  Thus, the parties are ORDERED to bring with them one laptop and diskette(s) to use in
3  drafting said letter.  The parties are advised that they will not meet with the undersigned during or
4  after the meet and confer session.  The parties are again reminded that they need not file one letter
5  for all disputes; rather, each dispute may be presented in a separate letter.
6     Mr. Chaganti is hereby advised that failure to comply with his obligations under this Order
7  shall result in the imposition of sanctions.
8     **IT IS SO ORDERED.**

10 Dated: March 20, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2