**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff(s),

  vs.

PEOPLESOFT, INC.,

        Defendant(s).

                      /

No. C 04-3836 MMC (MEJ)

**ORDER VACATING APRIL 13, 2006 HEARING RE: PLAINTIFF'S MOTION TO COMPEL**

     Currently pending before the Court is plaintiff nSight, Inc.'s Motion to Compel, filed February 28, 2006.  Doc. #95.  Upon review of the parties' papers and relevant legal authority, the Court finds a hearing on the matter unnecessary and hereby VACATES the April 13, 2006 scheduled hearing.  The Court shall issue an order on Plaintiff's motion forthwith.

    **IT IS SO ORDERED.**

Dated: April 6, 2006

                     MARIA-ELENA JAMES
                     United States Magistrate Judge