**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   NSIGHT, INC.,                                    No. 3:04 CV 3836 MMC (MEJ)

9            Plaintiff,

10   vs.                                             **ORDER RE: THIRD PARTY DISCOVERY**

11   PEOPLESOFT, INC.,

12            Defendant.
                                            /
13

14       The Court is in receipt of the parties' Joint Meet and Confer Letter Regarding Document

15   Subpoenas (Letter No. 1 of 4), filed May 9, 2006.  Doc. #120.  In the letter, plaintiff nSight, Inc.

16   appears to renew its request to permit discovery from third party Forrester and also seek information

17   from two other third parties - IBSA and IMI BevCORe.  However, the Court already considered this

18   issue on April 13, 2006 (*Order Denying Without Prejudice Plaintiff's Motion to Compel Compliance*

19   *with Subpoena by Forrester Research, Inc.* Doc. #116) and hereby DENIES nSight's request for the

20    reasons stated in the April 13 order .

21       **IT IS SO ORDERED.**

22

23   Dated: May 11, 2006

24                                              MARIA ELENA JAMES
                                                United States Magistrate Judge
25

26

27

28