IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., <br><br>        Plaintiff, <br>  v. <br><br>PEOPLESOFT, INC., <br><br>        Defendant <br>_____ / | No. C 04-3836 MMC (MEJ) <br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND, IN THE ALTERNATIVE, ADOPTING MAGISTRATE JUDGE'S ORDER** |

    Before the Court is plaintiff's objection, filed May 12, 2006, to Magistrate Judge Maria Elena James' Order Granting Defendant's Motion to Compel Responses to Document Requests, Interrogatories, and to Produce Witness for Deposition. Specifically, plaintiff objects to the ruling that Oracle USA, Inc. ("Oracle USA") may propound discovery requests without Oracle USA's having filed a motion to substitute as the successor in interest to PeopleSoft, Inc.

    Having fully considered the matter, the Court hereby DENIES the objection for the reason plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law). In the alternative, in the event the challenged order could, as plaintiff argues, be considered dispositive in nature, the Court has considered the matter de novo and hereby ADOPTS the order in its entirety.

    **IT IS SO ORDERED.**

Dated: May 18, 2006

                                            MAXINE M. CHESNEY <br>
                                            United States District Judge