IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. 3:04 CV 3836 MMC (MEJ) |
| Plaintiff, | |
| vs. | **ORDER STRIKING PLAINTIFF'S MAY 24, 2006 LETTER** |
| PEOPLESOFT, INC., | |
| Defendant. | |

On May 24, 2006, plaintiff nSight, Inc. filed a letter regarding discovery issues in this case. As the letter does not comply with the undersigned's discovery standing order, the Court hereby STRIKES nSight's May 24, 2006 letter. For any discovery disputes nSight wishes this Court to consider, nSight must comply with the requirements of the discovery standing order.

**IT IS SO ORDERED.**

Dated: May 24, 2006

MARIA-ELENA JAMES
United States Magistrate Judge