IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. 3:04 CV 3836 MMC (MEJ) |
| Plaintiff, | |
| vs. | **ORDER REINSTATING IN PERSON MEET AND CONFER REQUIREMENT** |
| PEOPLESOFT, INC., | |
| Defendant. | |

On January 17, 2006, the Court issued an order permitting the parties to meet and confer by telephone for purposes of resolving discovery disputes. Given recent filings by plaintiff, it appears that the spirit of the meet and confer requirement is not being honored. Accordingly, the Court hereby REINSTATES the in person meet and confer requirement. The parties shall comply with the undersigned's discovery standing order for all disputes. Further, all communication with the Court must be in writing and e-filed, with a chambers copy of all filed documents provided by noon of the next business day. The parties shall comply with Civil Local Rule 11-4(c) regarding *ex parte* communications with the Court.

**IT IS SO ORDERED.**

Dated: June 1, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge