IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C 04-3836 MMC (MEJ) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE** |
| v. | |
| PEOPLESOFT, INC., | |
| Defendant | |

Before the Court is plaintiff nSight's motion, filed June 27, 2006, to continue the hearings and status conference currently scheduled for June 30, 2006, for one month in light of plaintiff's counsel's absence from the country. Defendant Oracle USA, Inc. has filed a response indicating it does not oppose a continuance, but requests a mid-July date.

Good cause appearing, plaintiff's request for a continuance is hereby GRANTED. In light of the concerns raised by plaintiff, and given the Court's calendar, the hearing on plaintiff's motion for an extension of time to conduct discovery and the status conference are hereby CONTINUED from June 30, 2006 to August 4, 2006, at 9:00 a.m.[1] A single joint status conference statement shall be filed no later than July 28, 2006; if necessary, the parties may include therein separate sections setting forth their respective positions.

**IT IS SO ORDERED.**

Dated: June 28, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] By separate order filed June 28, 2006, the Court has granted in part and denied in part plaintiff's motion for leave to file a Fourth Amended Complaint. Accordingly, plaintiff's motion to continue such hearing is moot.