IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C 04-3836 MMC (MEJ) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| PEOPLESOFT, INC., | |
| Defendant / | |

On August 4, 2006, the Court conducted a case management conference in the above-titled action, as well as a hearing on plaintiff's motion for an extension of time to conduct discovery. Naren Chaganti appeared on behalf of plaintiff. James A. Hughes of Sullwood & Hughes appeared on behalf of defendant. Having considered the papers filed by the parties and the arguments of counsel, and for the reasons stated on the record, the Court rules as follows:

1. Immediately following the conclusion of the hearing conducted August 4, 2006, the parties shall meet and confer regarding all outstanding discovery issues.

2. No later than August 11, 2006, the parties shall file a joint letter to Magistrate Judge James, setting forth their disputes as to any outstanding discovery issues.

3. Plaintiff shall produce Henry Gong for deposition on September 11, 2006, at 9:00 a.m., in San Francisco, at the offices of Sullwood & Hughes, defendant's counsel of record.

4.  Plaintiff may, no later than September 1, 2006, depose Craig Conway, David Duffield, and Brian Coleman.

5.  On further consideration, the Court will allow plaintiff to serve on Forrester Research, Inc., no later than August 18, 2006, a pretrial subpoena for the production and inspection of documents.

6.  The deadline for disclosing experts, including any expert report, is September 15, 2006.

7.  The deadline for completion of expert discovery is October 6, 2006.

8.  The dispositive motion filing deadline is October 27, 2006.

9.  The case is referred to Magistrate Judge Bernard Zimmerman for purposes of conducting a settlement conference, such conference to be scheduled no later than 30 days prior to the pretrial conference.

10.  The pretrial conference will be conducted on January 9, 2006, at 3:00 p.m.  The parties shall, no later than December 4, 2006, meet and confer in preparation therefor.

11.  The parties shall comply with the Pretrial Instructions attached to the Pretrial Preparation Order filed February 7, 2005.

12.  The jury trial will begin on January 22, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 8, 2006

MAXINE M. CHESNEY
United States District Judge