UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NSIGHT, INC., | ) | |
| Plaintiff(s), | ) | No. C04-3836 MMC (BZ) |
| v. | ) | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| PEOPLESOFT, INC., | ) | |
| Defendant(s). | ) | |

In view of the additional discovery recently ordered by the court, **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for Friday, September 8, 2006 is **continued** to **Friday, November 3, 2006, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The previously issued settlement conference order otherwise remains in full force and effect.

Dated: August 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\NSIGHT.CONT.SETT.CONF.ORD.WPD

1