IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

        Plaintiff,

  v.

PEOPLESOFT, INC.,

        Defendant

No. C 04-3836 MMC (MEJ)

**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE JAMES'S ORDER DENYING SANCTIONS**

      Before the Court is plaintiff's objection, filed August 15, 2006, to Magistrate Judge Maria Elena James's Order Denying Plaintiff's Request for Sanctions.

      Having fully considered the matter, the Court hereby DENIES the objection for the reason plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

**IT IS SO ORDERED.**

Dated: August 22, 2006

MAXINE M. CHESNEY
United States District Judge