IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PEOPLESOFT, INC.,<br><br>    Defendant                        / | No. C 04-3836 MMC (MEJ)<br><br>**ORDER GRANTING IN PART AND REFERRING IN PART DEFENDANT'S MOTION FILED OCTOBER 4, 2006** |

     Before the Court is defendant's motion, filed October 4, 2006, titled "Motion of Oracle USA, Inc. Regarding Case Deadlines; Expert Discovery; and Plaintiff's Refusal to Permit Disclose Information Relevant to Its Damage Claim." Plaintiff has filed partial opposition. Having considered the papers filed in support of and in opposition to the motion, the Court rules as follows:

     1. Defendant's request to modify the Amended Scheduling Order, filed August 9, 2006, to extend the deadline for completion of expert discovery from October 6, 2006 to October 13, 2006, for the purpose of deposing plaintiff's expert Anu Maitra, is hereby GRANTED, plaintiff having consented to produce said expert on October 13, 2006. (See Pl.'s Partial Opp., filed October 5, 2006, at 1:25-28.)

     2. In all other respects, defendant's motion is hereby REFERRED to Magistrate Judge Maria-Elena James. If Magistrate Judge James finds good cause exists for the relief

sought by defendant, Magistrate Judge James may modify the Amended Scheduling Order to extend fact discovery deadlines with respect to Paul Tucker and extend expert discovery deadlines with respect to Mark Stepka.

**IT IS SO ORDERED.**

Dated: October 11, 2006

MAXINE M. CHESNEY
United States District Judge

2