IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSIGHT, INC., | No. C 04-3836 MMC (MEJ) |
|     Plaintiff, | **ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
|   v. | |
| PEOPLESOFT, INC., | |
|     Defendant            / | |

    The Court is in receipt[1] of plaintiff's Motion for Summary Judgment and plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment. Said documents together contain more than 34 pages of legal argument.

    The Local Rules of this District provide that a motion may not exceed 25 pages. See Civil L.R. 7-2(b).

    Accordingly, plaintiff's motion/memorandum is hereby STRICKEN.

    **IT IS SO ORDERED.**

Dated: November 3, 2006

                                                       MAXINE M. CHESNEY
                                                       United States District Judge

---

    [1]Although plaintiff electronically filed his motion and memorandum on October 27, 2006, plaintiff did not provide a chambers copy until November 3, 2006.