IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,

          Plaintiff,

  v.

PEOPLESOFT, INC.,

          Defendant

No. C 04-3836 MMC (MEJ)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE**

On January 2, 2007, plaintiff efiled its Request for Continuance, by which plaintiff seeks to continue from January 19, 2007 to February 9, 2007 the hearing on defendant's motion to alter or amend the judgment and defendant's motion for sanctions.[1] Defendant has not filed a response to plaintiff's request.

Good cause appearing, plaintiff's request is hereby GRANTED, and the hearing on the above-referenced motions is continued from January 19, 2007 to February 9, 2007.

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Plaintiff did not provide the Court with a chambers copy of its request; nonetheless, the Court has considered it. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"