IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NSIGHT, INC.,   No. C 04-3836 MMC (MEJ)

        Plaintiff,   **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE**

  v.

PEOPLESOFT, INC.,

        Defendant
_____/

The Court is in receipt of plaintiff's motion, filed February 5, 2007, to continue from February 9, 2007 to a date in March 2007 the hearing on defendant's motion to alter or amend the judgment and defendant's motion for sanctions. Defendant has filed a response to plaintiff's request, in which defendant sets forth various dates defendant could be available in March 2007.[1]

Good cause appearing, plaintiff's request is hereby GRANTED, and the hearing on the above-referenced motions is continued from February 9, 2007 to March 16, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 7, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Defendant alternatively requests that the Court vacate the hearing and rule on the papers submitted. Should the Court subsequently determine that a hearing is not necessary on defendant's motions, the Court will so inform the parties in advance of March 16, 2007.