| | |
|---|---|
| Naren Chaganti, (Ca. 209347)<br>515 S. St. Andrews Place, #33,<br>Los Angeles, CA 90020<br>Telephone: (650) 248-7011<br>Facsimile: (213) 383-7995<br>naren@chaganti.com E-mail<br><br>Attorney for Plaintiff nSight, Inc. | **ORDER**<br>The March 16, 2007 hearing on defendant's motion to alter or amend the judgment and defendant's motion for sanctions is hereby VACATED, and the Court will rule on both motions without a hearing.<br><br>Dated: March 14, 2007<br><br>_____<br>United States District Judge |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| nSight, Inc.,<br>            Plaintiff,<br><br>v.<br><br>PeopleSoft, Inc.,<br>            Defendant | Case No. 04 CV 3836 MMC (MEJ)<br><br><br>NOTICE TO THE COURT RE ABSENCE OF COUNSEL AT THE PENDING HEARING |

COMES NOW, Plaintiff and respectfully notifies the Honorable Court that its counsel, the undersigned, was denied an opportunity to board a flight from overseas and therefore will leave it to the discretion of the Court to rule on the pending motions without a hearing on the matter. Plaintiff's counsel personally and profusely apologizes to the Court for any inconvenience this unfortunate incident might have caused.

Respectfully submitted,

                                        S/Naren Chaganti
                                        Naren Chaganti
                                        515 S. St. Andrews Place, #33
                                        Los Angeles, CA 90020
                                        naren@chaganti.com E-mail
                                        (650) 248-7011 phone

                                        Attorney for Plaintiff